ALBERT WEINSTEIN, Appellant, v. HANS ROSENWALD, KURT ROSENWALD and GLENWOOD PICTURES, INC., Respondents.— Order in so far as it grants defendants' motion to modify and limit the scope of a notice for defendants' examination before trial affirmed, with ten dollars costs and disbursements. The examination may proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

## (April 20, 1938.)

AMY STRAUS, Respondent, v. CHARLES AUGUSTUS KURRAS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for extension of time to serve an amended answer setting up the defense of fraud granted and time extended until ten days from the entry of the order hereon. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

## (April 22, 1938.)

ANDSCHIRR REALTY CORP., Appellant, v. HENRY SCHAEFFER, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

LIBA BAKALAR, Appellant, v. HUDSON TRANSIT CORPORATION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

LAURA BENNETT and Another, Respondents, v. BROOKLYN BUS CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

THE BOWERY SAVINGS BANK, Appellant, v. JANET W. NIRENSTEIN, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOHN T. CLARK REALTY CO., INC., JOHN T. CLARK, JR., and FLORENCE H. CLARK, Appellants, v. ARTHUR D. HARRIS and Others (Action No. 1); ARCHIBALD CRAIG, as Administrator, etc., and Others (Action No. 2); ADA ANDERSON and Others (Action No. 3); NICOLA BARTOLINI and Others (Action No. 4); ROBERT G. WARD, as Administrator, etc., of EUGENIE C. WARD, Deceased, and Others, Substituted in Place of EUGENIE C. WARD, Deceased, and Others (Action No. 5); DAVID H. BAILEY and Others, as Executors, etc., of FANNY ZEH, etc., Deceased, and Others (Action No. 6); MARY SIEGAL and Others (Action No. 7); MARGARET BARTOLINI and Others (Action No. 8); FRANK HELSING and Others (Action No. 9); HANNAH READ and Others (Action No. 10); HELEN BARTOLINI and Others (Action No. 11); JANE CUNNINGHAM (Action No. 12); ANTHONY STARACE and Others (Action No. 13); THERESA CANTWELL and Others (Action No. 14); Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 253 App. Div. 325; Id. 908.] Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.